# IN RE: Mario VILLENA, Jose Villena, Appellants

2016–1062

United States Court of Appeals, Federal Circuit.

October 13, 2016

BURMAN YORK MATHIS, III, Northern Virginia Intellectual Property Services, Vienna, VA, argued for appellants.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by ROBERT J. McMANUS, BENJAMIN T. HICKMAN, WILLIAM LAMARCA.

Per Curiam (Reyna, Taranto, and Hughes, Circuit Judges).

## JUDGMENT

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT